| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF UTAH |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Golesis Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4944511** |
| 4. | **Debtor's address** | **Principal place of business** **6103 Oak Canyon Drive** **Salt Lake City, UT 84121** Number, Street, City, State & ZIP Code  **Salt Lake** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 1

Debtor **Golesis Properties, LLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Golesis Properties, LLC**     Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Dimitrios George Golesis** | Relationship | **100% Owner** |
| District | **Utah** | When **5/18/23** | Case number, if known **23-22015** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Golesis Properties, LLC**_____   Case number (*if known*)_____
   Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Golesis Properties, LLC**      Case number (*if known*)
   Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 19, 2023**
MM / DD / YYYY

X **/s/ Dimitrios Golesis**      **Dimitrios Golesis**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Andres Diaz**      Date **May 19, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Andres Diaz 4309**
Printed name

**Diaz & Larsen**
Firm name

**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
Number, Street, City, State & ZIP Code

Contact phone **(801)596-1661**      Email address **courtmail@adexpresslaw.com**

**4309 UT**
Bar number and State

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Proposed Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: GOLESIS PROPERTIES, LLC<br>        6103 South Oak Canyon Drive<br>        Salt Lake City, UT 84121<br><br>Debtor in Possession. | Bankruptcy No. 23-<br>Chapter 11 (Subchapter V)<br><br>Trustee<br><br>FILED ELECTRONICALLY<br><br>Judge |
|---|---|

## SWORN STATEMENT OF DIMITRI GOLESIS REGARDING SECTION 1116 REQUIREMENTS FOR SMALL BUSINESS CASE

STATE OF UTAH            )
                         ):ss
COUNTY OF SALT LAKE      )

Dimitri Golesis ("Golesis"), being first duly sworn and under penalty of perjury, hereby states as follows:

1. I am the managing member of Golesis Properties, LLC, the debtor and debtor in possession, in the above-captioned case (the "Debtor").

2. Attached hereto is the Debtor's 2022 Profit and Loss Statement.

3. In accordance with. Section 1116(1)(b) of the Bankruptcy Code, a balance sheet, statement of operations and cash flow statement do not exist.

1

4. In addition, the Debtor has not filed separate tax returns, but the Debtor's latest tax information (for 2021), is shown as part of the Schedule C and the related worksheets attached to the 2021 Federal Tax Return filed in Golesis' individual bankruptcy case, Case No.23-22015.

DATED this 19th day of May 2023.

**GOLESIS PROPERTIES, LLC.**

_____
Dimitri Golesis, Managing Member

STATE OF UTAH              )
                           ): ss
COUNTY OF SALT LAKE        )

On this 19th day of May 2023, personally appeared before me, Dimitri Golesis, the signer of the above instrument, who duly acknowledged to me that he executed the same.

TIMOTHY J LARSEN
Notary Public, State of Utah
Commission # 726970
My Commission Expires
10/29/2026

_____
Notary Public
Residing in Salt Lake County

My Commission Expires: 10/29/26

2

# Profit & Loss 2022

## January 1st - December 31, 2022

### GOLESIS PROPERTIES, LLC

### 6103 Oak Canyon Drive, Holladay, UT 84121

| | |
|---|---:|
| Gross Income | 219,233.00 |
| Bank Interest | 17.65 |
| **Total Gross Income** | **219,250.65** |
| | |
| <u>Expenses</u> | |
| Bank fees | 335.00 |
| Accounting | 650.00 |
| Health Insurance | 1,536.00 |
| Cell phones & Internet 50% | 2,112.00 |
| Products and Supplies | 88,090.00 |
| Computer Services | 437.50 |
| Software and Printer | 1,620.00 |
| Marketing & Advertising | 795.00 |
| Travel and Meals | 2,680.00 |
| Life Insurance | 10,944.00 |
| Fuel | 3,690.00 |
| Line of Credits | 13,508.00 |
| Cleaning & Miscellaneous | 1,152.00 |
| Business Expenses & Credit Cards | 9,883.00 |
| Golesis Draws | 59,450.00 |
| Legas fees | 11,500.00 |
| Other | 1,360.00 |
| Paint & Supplies | 1,365.00 |
| **Total Expenses** | **211,107.50** |
| | |
| **Net Gross Profit (before depreciation)** | **$8,143.15** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of Utah**

In re **Golesis Properties, LLC**　　　　　　　　　　　　　　　Case No.　　　　　　　
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Reasonable fees and costs as allowed by the Court** |
   | Prior to the filing of this statement I have received | $ **12,000.00** |
   | Balance Due | $ **Reasonable fees and costs as allowed by the Court** |

2. The source of the compensation paid to me was:

   [✓] Debtor　　[ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor　　[ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Advising the Client of its rights, powers, and duties as a debtor and debtor in possession;
   b. Taking all necessary action to protect and preserve the estate of the Client, including the prosecution of actions on the Client's behalf, the defense of actions commenced against the Client, the negotiation of disputes in which the Client is involved, and the preparation of objections to claims filed against the Client's estate;
   c. Assisting in preparing on behalf of the Client all necessary schedules and statements, motions, applications, answers, orders, reports, and papers in connection with the administration of the Client's estate;
   d. Assisting in presenting the Client's proposed plan of reorganization and all related transactions and any related revisions, amendments, etc.; and,
   e. Performing all other necessary legal services in connection with the Client's chapter 11 case.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 19, 2023　　　　　　　　　　　　　　　　　/s/ Andres Diaz
*Date*　　　　　　　　　　　　　　　　　　　　**Andres Diaz 4309**
　　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　　　**Diaz & Larsen**
　　　　　　　　　　　　　　　　　　　　　　　**757 East South Temple, Suite 201**
　　　　　　　　　　　　　　　　　　　　　　　**Salt Lake City, UT 84102**
　　　　　　　　　　　　　　　　　　　　　　　**(801)596-1661　Fax: (801) 359-6803**
　　　　　　　　　　　　　　　　　　　　　　　**courtmail@adexpresslaw.com**
　　　　　　　　　　　　　　　　　　　　　　　*Name of law firm*